IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:22-cv-00026 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| TRANS UNION LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

The parties have filed a Stipulation of Dismissal. (Doc. No. 17). Under Fed. R. Civ. P. 41(a)(1)(A)(ii)[1], the Stipulation sufficed to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice, the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED with prejudice**, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] The parties' "Joint Stipulation of Dismissal" states that they are requesting dismissal, "pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii)." (Doc. No. 17). However, there is no sub-part (iii) in Fed. R. Civ. P. (a)(1)(A). Because the request is signed by all parties who have appeared in the matter, the Court is construing the request to be for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) as noted above.